UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RAMONA RODRIGUEZ  Defendant(s).
----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE

-CR-   ( )( )

**21MAG4834**

Defendant __RAMONA RODRIGUEZ__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RAMONA RODRIGUEZ
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

JOSHUA D. KIRSHNER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-5-2021
Date

_[signature]_ Katharine H. Parker
U.S. District Judge/U.S. Magistrate Judge